UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS ZAVALA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 20-cv-00154-KAW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Laurel Beeler for consideration of whether the case is related to *Zavala v. Commissioner of Social Security*, Case No. 17-cv-2715-LB.

**IT IS SO ORDERED.**

Dated: April 15, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge